No. 4914.—Sosa, aplte., *v.* Sosa, apldo.—C. D. San Juan. Mayo 1, 1929.

Por cuanto, la parte demandada ha solicitado de este tribunal que se ordene la cancelación de una anotación de demanda practicada de conformidad con el artículo 91 del Código de Enjuiciamiento Civil.

Por cuanto, aparece del récord que en este caso la Corte de Distrito de San Juan dictó sentencia, que fué apelada, y que en ese estado se halla ante este tribunal.

Por cuanto, la resolución de esta moción envolvería la de la apelación en sus méritos; y no es una moción incidental el medio propio para obtener la decisión de la apelación.

Por tanto, se declara no haber lugar a resolver la moción, por ahora.

No. 4939.—González, apldo., *v.* Abril, aplte.—C. D. San Juan. Mayo 1, 1929. Apareciendo que no existe probabilidad alguna de una revocación de la sentencia apelada, sino que la confirmación de dicha sentencia sería el resultado inevitable de una vista del caso sobre sus méritos, se desestima por frívola la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan con fecha 29 de enero de 1929, en el caso arriba titulado.